IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL F. de VRIES,

    Petitioner,        No. CIV S-08-0810 WBS DAD P

   vs.

ARNOLD SCHWARZENEGGER, et al.,

    Respondents.      ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee, and subsequently filed an application to proceed in forma pauperis. The application will be denied without prejudice.

        Petitioner challenges the 2006 denial of parole at his parole consideration hearing before the Board of Parole Hearings. Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's petition.

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at

1

any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's April 16, 2008 application to proceed in forma pauperis is denied without prejudice;

2. Respondents are directed to file a response to petitioner's petition within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;

3. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer;

4. If the response to petitioner's petition is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondents' reply, if any, shall be filed within fifteen days thereafter;

5. Petitioner's April 16, 2008 motion for the appointment of counsel is denied; and

6. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jennifer A. Neill, Supervising Deputy Attorney General.

DATED: April 25, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
devr0810.100