IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL F. DE VRIES,<br><br>     Petitioner,<br><br>  vs.<br><br>ARNOLD SCHWARZENEGGER, *et al.*,<br><br>     Respondents. | No. 2:08-cv-00810-JKS<br><br>ORDER TO SHOW CAUSE |

  IT IS HEREBY ORDERED THAT, within 15 days of the date of this order, the parties are to show cause why further proceedings in this matter should not be stayed pending the issuance of the mandate by the United States Court of Appeals for the Ninth Circuit in *Hayward v. Marshall*, 512 F.3d 536, *rehrg en banc granted*, 527 F.3d 797 (9th Cir. 2008), Case No. 06-55392.

  Dated:  December 8, 2008.

                     /s/ James K. Singleton, Jr.
                     JAMES K. SINGLETON, JR.
                     United States District Judge