IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL F. De VRIES,<br><br>                  Petitioner,<br><br>     vs.<br><br>CLAUDE E. FINN, Warden, Deuel Vocational Institution; and ARNOLD SCHWARZNEGGER, Governor,<br><br>                  Respondents. | No. 2:08-cv-00810JKS<br><br>ORDER STAYING PROCEEDINGS<br>[Motion at Docket No. 15] |

      At Docket No. 15 Petitioner Michael F. de Vries, a state prisoner appearing *pro se*, has moved for a stay of further briefing in this matter. Respondent does not oppose that motion. Therefore, for good cause shown,

      **IT IS ORDERED THAT** the Motion to Stay Proceedings at Docket No. 15 is **GRANTED**.

      **IT IS FURTHER ORDERED THAT**, de Vries is directed to inform this Court of the Governor's action, if any, on the grant of parole on or before **October 1, 2010**.

      **IT IS FURTHER ORDERED THAT**, unless this matter is sooner dismissed, the time for filing the Supplemental Briefs ordered by this Court on July 7, 2010, is hereby extended to **November 1, 2010**.

      Dated:  September 1, 2010.

                                                        /s/ James K. Singleton, Jr.
                                                    JAMES K. SINGLETON, JR.
                                                    United States District Judge